**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: April 23, 2015**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Jason E. & Kasi A. Orcutt | : | Case No. 13-53460 |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Preston |

### AGREED ORDER ON DEBTORS' OBJECTION TO
### CLAIM NO. 9 OF OHIO DEPARTMENT OF TAXATION [DOCKET NO. 36]

This matter is before the Court on Debtors' Objection to Claim 9 of Ohio Department of Taxation [Docket #36] and the Ohio Department of Taxation's Response [Docket #37]. The parties having reached an agreement as to all issues raised in the Objection and Response, it is hereby ORDERED:

That Claim 9 of the Ohio Department of Taxation be allowed as a priority claim pursuant to 11 U.S.C. 507(a)(8)(A) in the amount of $2,866.20 and a general unsecured claim in the amount of $81.51.

IT IS SO ORDERED.

**APPROVED & SUBMITTED BY:**

/s/ Katharine Granger
Katharine Granger (0079143)
3757 Attucks Drive
Powell, Ohio 43065
(614) 389-4941 (Telephone)
(614) 389-3857 (Facsimile)
kgranger@granger-law-firm.com
www.kgrangerlaw.com
Attorney for Debtors,
Jason E. & Kasi A. Orcutt

/s/ Danielle M. White
Charles A. Mifsud (0070498)
Special Counsel to the Ohio Attorney General
Brian M. Gianangeli (0072028)
Danielle M. White (0092613)
The Law Office of Charles Mifsud, LLC
6305 Emerald Parkway
Dublin, OH 43016
Phone: (614) 389-5282
Fax: (614) 389-2294
danielle.white@mifsudlaw.com
Attorneys for Creditor,
Ohio Department of Taxation

cc: Danielle M. White, 6305 Emerald Parkway, Dublin, Ohio 43016
Ohio Department of Taxation, PO Box 530, Columbus, OH 43216-0530
Default List

# # #